IN THE UNITED STATES BANKRUPTCY COURT
Western District of Kentucky

| | |
|---|---|
| **In the Matter of**: } | |
| } | Case No. 08-34893 |
| Timothy Joseph Hogan (Deceased) } | |
| Rebecca Lynn Hogan } | Chapter 13 |
| } | |
| **Debtor** } | |

## MOTION TO MODIFY CHAPTER 13 PLAN

Comes the Joint Debtor, Rebecca Lynn Hogan (Debtor Timothy Joseph Hogan is deceased), by Counsel, pursuant to 11 U.S.C. §1329, and requests that this Court enter the attached Order authorizing the Debtor to modify her plan in order to decrease the Debtor's payment from $410.00 per month to $230.00 per month beginning in April 2012. The dividend paid to unsecured creditors shall remain 100 percent, and the duration of the plan shall remain 60 months. In addition, this modification shall cure any current plan arrearage. As grounds for this Motion, the Debtor states as follows:

The Debtors filed for relief under Chapter 13 of the United States Bankruptcy Code on October 31, 2008, proposing a 60-month, 100 percent plan with payments of $410.00 each month. The Debtors' plan was confirmed by Order of this Court dated December 11, 2008.

On March 19, 2012, the Chapter 13 Trustee filed a Motion to Show Cause the Debtors for failure to make plan payments, indicating that the Debtors' plan is delinquent in the amount of $820.00 through March 2012. A hearing on the matter is set for April 16, 2012 at 9:00 a.m.

The Joint Debtor fell behind on her plan payments because the Debtor passed away and she lost his income. In addition, the Joint Debtor's mother, who was living with them and paying $700.00 per month in rent, also passed away. The Joint Debtor has been struggling to maintain the

plan payments but is unable to do so and meet her normal living expenses. A copy of the Joint Debtor's current Schedules I and J is attached.

The Debtors have paid $18,176.00 into their plan in 41 months; approximately $4,335.00 remains to be paid into the plan in the remaining 19 months. The Joint Debtor proposes to decrease her plan payments to a more manageable $230.00 per month. Because unsecured creditors will still receive a dividend of 100 percent, and because the Joint Debtor cannot afford to continue to make payments of $410.00 per month, the Debtor respectfully requests that her delinquency be forgiven and any plan arrearage be deemed cured by this modification.

In addition, Counsel for the Debtor having expended one hour of attorney time in correspondence and conversations with the Debtor; reviewing the file and the Chapter 13 website; and preparing and filing this Motion to Modify, hereby requests additional attorneys fees in the total amount of $175.00 to be paid with the first available funds by the Chapter 13 Trustee.

Pursuant to 11 U.S.C. § 1329(b)(2), the plan as modified will become the plan unless, after notice and a hearing, such modification is disapproved.

WHEREFORE, the Debtor requests that this Court enter the attached Order granting the relief requested above.

        Respectfully Submitted,

        O'BRYAN LAW OFFICES, P.S.C.
        1717 Alliant Avenue, Suite 17
        Louisville, Kentucky 40299
        (502) 339-0222

        BY: /s/ Julie Ann O'Bryan
            Vanessa A. Smith / Julie Ann O'Bryan

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2012, a copy of the foregoing Motion to Modify was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's Electronic Case Filing System. Party/parties may access this filing through the Court's system.

William W. Lawrence, Trustee
ecf@louchapter13.com

U.S. Trustee
ustpregion08.lo.ecf@usdoj.gov

I further certify that on April 3, 2012, a copy of the foregoing Motion to Modify was mailed by first-class U.S. Mail, postage prepaid and properly addressed, to the following:

Rebecca Hogan
4304 Sirate Lane
Louisville, KY 40229

                                           /s/ Vanessa A. Smith
                                                 Vanessa A. Smith