IN THE UNITED STATES BANKRUPTCY COURT
Western District of Kentucky

| | |
|---|---|
| **In the Matter of**: } | |
| } | Case No. 08-34893 |
| Timothy Joseph Hogan (Deceased) } | |
| Rebecca Lynn Hogan } | Chapter 13 |
| } | |
| **Debtor** } | |

## ORDER

This matter having come before the Court upon the Motion of the Joint Debtor, by Counsel, and this Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the Debtor's Motion to Modify Plan is **APPROVED,** and that the Plan shall be modified to allow the Debtor to decrease the Debtor's payment from $410.00 per month to $230.00 per month beginning in April 2012. The dividend paid to unsecured creditors shall remain 100 percent, and the duration of the plan shall remain 60 months. Any current plan arrearage shall be deemed cured.

**IT IS FINALLY ORDERED** that Counsel for the Debtor be awarded additional attorney fees in the amount of $175.00 to be paid with the first available funds by the Trustee.

A copy of this Order will be mailed to the Debtor; Counsel for Debtor; the Trustee; and to all creditors and parties in interest.

Submitted by:

Vanessa A. Smith/Julie Ann O'Bryan
O'Bryan Law Offices, PSC
1717 Alliant Avenue, Suite 17
Louisville, KY 40299
(502) 339-0222

Joan A. Lloyd
United States Bankruptcy Judge
Dated: April 26, 2012